**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

KIM HASKINS,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-13886

Judge Matthew F. Kennelly

Magistrate Judge Albert Berry, III

## AMENDED SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | MaxMedia |
| 2 | 山兰驾驶员培训 |
| 3 | Tan224 |
| 4 | dns prx |
| 5 | Cup japan 24 |
| 6 | HDKUW |
| 7 | NaNXunP |
| 8 | yantaitongxinxiaofangqicaiyouxiangongsi |
| 9 | Mu Ying Hardware Parts Store |
| 10 | Harikaji - Benben Bear Trade Co. Ltd. |
| 11 | wovenfutures.com |
| 12 | shoptosavepaws.com |
| 13 | lovepawprints.com |
| 14 | pawsneedus.com |
| 15 | weavehot.com |