**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

KIM HASKINS,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-13886

Judge Matthew F. Kennelly

Magistrate Judge Albert Berry, III

**DECLARATION OF KIM HASKINS**

I, Kim Haskins, declare and state as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am the artist that creates all the Kim Haskins Works. I make this declaration from matters within my knowledge save where otherwise stated.

3. I am a painter and illustrator. I have used art to populate my world with all kinds of joyful creatures all my life, however, I am most well-known for my images of wild-eyed, fluffy cats and colorful, kooky birds. My original artworks are collected internationally, and my distinctive style has been featured on a variety of merchandise, including prints, greeting cards, home décor, and fashion accessories. As a passionate animal lover and vegan, I often use my artwork to help raise money for animal rescue charities.

4. I am the official source of products associated with the Kim Haskins Works (the "Kim Haskins Products"):




https://www.fineartcanvas.com/collections/kim-haskins?sort_by=bs&page=1&back_url=Y

5. I am the owner of the copyright registrations for the Kim Haskins copyrighted works, which are protected by United States Copyright Registration Nos. VA 2-236-187; VA 2-245-052; VA 2-236-190; VA 2-418-118; VA 2-120-533; VA 2-130-613; VA 2-416-919; and VA 2-130-781 (the “Kim Haskins Works”). True and correct copies of the copyright registrations for the Kim Haskins Works are attached as **Exhibit 1.**

6. I control the quality of all materials and content that feature the distinctive Kim Haskins Works.

7. Substantial time, money, and other resources have been expended in developing, advertising, licensing and otherwise promoting the Kim Haskins Works. As a result, the images are widely recognized and exclusively associated by consumers, the public, and the trade with my name.

8. The success of the Kim Haskins Works has resulted in significant infringement of my copyrights. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps. Various marketplace listings have been identified on multiple platforms, including the internet stores identified in Amended Schedule A attached to the Complaint

("Defendant Internet Stores”), which were offering for sale, selling, and importing unauthorized versions of the Kim Haskins Works to consumers in this judicial district and throughout the United States.

9. I am aware of investigations related to internet-based infringement of the Kim Haskins Works. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Kim Haskins Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that Infringing Kim Haskins Products were being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with me and do not have the right or authority to use the copyrights for any reason. True and correct copies of screenshot printouts showing the active Defendant Internet Stores reviewed are attached as **Exhibit 2**.

10. Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

11. My goodwill and reputation are irreparably damaged when the Kim Haskins Works are used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Kim Haskins copyrighted material because infringers take away my ability to control the nature and quality of products bearing the Kim Haskins Works and derivative works.

12. I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Kim Haskins Works are meant to be exclusive rights.

13. The marketing and distribution of the Kim Haskins Works and derivative works are aimed at growing and sustaining sales. When infringers use the Kim Haskins Works without authorization, the exclusivity associated with the Kim Haskins Works, as well as my reputation, is damaged and eroded, resulting in a loss of unquantifiable future sales.

14. Uncontrolled profiteering and pirating of the Kim Haskins Works create the impression that the copyright rights associated with the Kim Haskins Works may be infringed with impunity. The Kim Haskins Works are distinctive and signify to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use the Kim Haskins Works on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Kim Haskins Works cannot be compensated for financially since it erodes my ability to monetize Kim Haskins Works.

15. I will suffer immediate and irreparable injury, loss, or damage if an *ex parte* Temporary Restraining Order is not issued in accordance with Federal Rule of Civil Procedure 65(b)(1).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 10, 2026

Kim Haskins

Kim Haskins