# Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-236-187**
**Effective Date of Registration:**
February 03, 2021
**Registration Decision Date:**
February 05, 2021

## Copyright Registration for One Work by One Author

Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** FLASH MOG MULTI

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** March 24, 2012
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** KIM HASKINS
  **Author Created:** Artwork
  **Citizen of:** United Kingdom
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** KIM HASKINS
35 ST LEONARD'S AVENUE, BEDFORD MK42 0RB, United Kingdom

## Rights and Permissions

**Organization Name:** LICKERISH
**Name:** EMMA CARLSEN
**Email:** emma.carlsen@lickerishltd.com
**Telephone:** +442073232009
**Address:** FITZROY HOUSE, 18 ASHWIN STREET
LONDON E8 3DL United Kingdom

## Certification

**Name:** Joe G. Naylor, Authorized agent of Author/Owner
**Date:** February 03, 2021
**Applicant's Tracking Number:** USCO-07195

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-245-052**
**Effective Date of Registration:**
March 30, 2021
**Registration Decision Date:**
April 06, 2021

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** FLASH MOG MINI

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** February 04, 2013
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** KIM HASKINS
  **Author Created:** Artwork
  **Citizen of:** United Kingdom
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** KIM HASKINS
35 ST LEONARD'S AVENUE, BEDFORD MK42 ORB, United Kingdom

## Rights and Permissions

**Organization Name:** LICKERISH
**Name:** EMMA CARLSEN
**Email:** emma.carlsen@lickerishltd.com
**Telephone:** +442073232009
**Address:** FITZROY HOUSE, 18 ASHWIN STREET
LONDON E8 3DL United Kingdom

## Certification

| | |
|---|---|
| **Name:** | Joe G. Naylor, Authorized agent of Author/Owner |
| **Date:** | March 23, 2021 |
| **Applicant's Tracking Number:** | USCO-07365 |

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-236-190**
**Effective Date of Registration:**
February 03, 2021
**Registration Decision Date:**
February 05, 2021

## Copyright Registration for One Work by One Author

Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** YOU'RE PURRFECT

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** November 22, 2012
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** KIM HASKINS
  **Author Created:** Artwork
  **Citizen of:** United Kingdom
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** KIM HASKINS
35 ST LEONARD'S AVENUE, BEDFORD MK42 0RB, United Kingdom

## Rights and Permissions

**Organization Name:** LICKERISH LTD
**Name:** EMMA CARLSEN
**Email:** emma.carlsen@lickerishltd.com
**Telephone:** +442073232009
**Address:** Fitzroy House, 18 ASHWIN STREET
LONDON, E8 3DL United Kingdom

## Certification

**Name:** Joe G. Naylor, Authorized agent of Author/Owner
**Date:** February 03, 2021
**Applicant's Tracking Number:** USCO-05306

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-418-118**
**Effective Date of Registration:**
August 20, 2024
**Registration Decision Date:**
October 17, 2024

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** FELINE FESTIVE

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** September 29, 2015
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** KIM HASKINS
  **Author Created:** Artwork
  **Citizen of:** United Kingdom
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** KIM HASKINS
35 St. Leonards Avenue, Bedford, MK42 0RB, United Kingdom

## Rights and Permissions

**Organization Name:** LICKERISH
**Name:** EMMA CARLSEN
**Email:** emma.carlsen@lickerishltd.com
**Telephone:** +442073232009
**Address:** 30733 RUE VALOIS
Palos Verdes, CA 90275 United States

## Certification

**Name:** Joe G. Naylor
**Date:** August 20, 2024
**Applicant's Tracking Number:** USCO-10759

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-120-533**
**Effective Date of Registration:**
September 18, 2018

## Copyright Registration for One Work by One Author

Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** PURRENTING

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** March 01, 2012
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** KIM HASKINS
**Author Created:** Artwork
**Citizen of:** United Kingdom
**Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** KIM HASKINS
35 ST LEONARD'S AVENUE, BEDFORD MK42 0RB, United Kingdom

## Rights and Permissions

**Organization Name:** LICKERISH
**Name:** EMMA CARLSEN
**Email:** emma.carlsen@lickerishltd.com
**Telephone:** +4402073232009
**Address:** 4A TILEYARD STUDIOS, TILEYARD ROAD
LONDON N7 9AH United Kingdom

## Certification

**Name:** Joe G. Naylor, Authorized agent of Author/Owner
**Date:** September 18, 2018
**Applicant's Tracking Number:** USCO-05294

---

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

*0000VA000212053302O2*



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-130-613**
**Effective Date of Registration:**
September 18, 2018

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** SWEETHEART

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** January 12, 2014
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** KIM HASKINS
  **Author Created:** Artwork
  **Citizen of:** United Kingdom
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** KIM HASKINS
35 ST LEONARD'S AVENUE, BEDFORD MK42 ORB, United Kingdom

## Rights and Permissions

**Organization Name:** LICKERISH
**Name:** EMMA CARLSEN
**Email:** emma.carlsen@lickerishltd.com
**Telephone:** +4402073232009
**Address:** 4A TILEYARD STUDIOS, TILEYARD ROAD
LONDON N7 9AH United Kingdom

## Certification

**Name:** Joe G. Naylor, Authorized agent of Author/Owner
**Date:** September 18, 2018
**Applicant's Tracking Number:** USCO-05301

---

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

*0000VA0002130613020 2*



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-416-919**
**Effective Date of Registration:**
August 20, 2024
**Registration Decision Date:**
October 09, 2024

## Copyright Registration for One Work by One Author

Registration issued pursuant to 37 CFR §202.3

### Title

**Title of Work:** Purrfect Christmas

### Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** September 28, 2012
**Nation of 1st Publication:** United Kingdom

### Author

- **Author:** KIM HASKINS
  **Author Created:** Artwork
  **Citizen of:** United Kingdom
  **Domiciled in:** United Kingdom

### Copyright Claimant

**Copyright Claimant:** KIM HASKINS
35 St. Leonards Avenue, Bedford, MK42 0RB, United Kingdom

### Rights and Permissions

**Organization Name:** LICKERISH
**Name:** EMMA CARLSEN
**Email:** emma.carlsen@lickerishltd.com
**Telephone:** +442073232009
**Address:** 30733 RUE VALOIS
Palos Verdes, CA 90275 United States

## Certification

**Name:** Joe G. Naylor
**Date:** August 20, 2024
**Applicant's Tracking Number:** USCO-10758

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-130-781**
**Effective Date of Registration:**
September 18, 2018

## Copyright Registration for One Work by One Author

Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** BUTCH

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** October 03, 2011
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** KIM HASKINS
  **Author Created:** Artwork
  **Citizen of:** United Kingdom
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** KIM HASKINS
35 ST LEONARD'S AVENUE, BEDFORD MK42 ORB, United Kingdom

## Rights and Permissions

**Organization Name:** LICKERISH
**Name:** EMMA CARLSEN
**Email:** emma.carlsen@lickerishltd.com
**Telephone:** +4402073232009
**Address:** 4A TILEYARD STUDIOS, TILEYARD ROAD
LONDON N7 9AH United Kingdom

## Certification

**Name:** Joe G. Naylor, Authorized agent of Author/Owner
**Date:** September 18, 2018
**Applicant's Tracking Number:** USCO-05300

---

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

*0000VA0002130781020 2*

