**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Kim Haskins

Plaintiff,

v.

Case No.: 1:26−cv−13886
Honorable Matthew F. Kennelly

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 23, 2026:

MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion for leave to file under seal [13] and motion to file excess pages [14] are granted. Plaintiff's ex parte motion for entry of a temporary restraining order (etc.) [15] is also granted. Enter Sealed Ex Parte Temporary Restraining Order. Telephonic preliminary injunction hearing is set for 12/7/2026 at 8:50 AM. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. Motion for preliminary injunction or motion to extend TRO (the latter is the Court's strong preference) is to be filed by 12/2/2026. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.